### J. R. DALTON v. THE STATE.

No. 4817.  Decided January 23, 1918.

Giving Intoxicating Liquors to Minor—Transfer of Indictment.

Where the indictment was returned in the District Court and there was no order of transfer from the District to the County Court in the record, the judgment must be reversed and the cause remanded.

Appeal from the District Court of Delta.  Tried below before the Hon. J. N. Viles, Special Judge.

Appeal from a conviction of giving intoxicating liquors to minor; penalty, a fine of twenty-five dollars.

The opinion states the case.

*Newman Phillips,* for appellant.

*E. B. Hendricks,* Assistant Attorney General, for the State.

DAVIDSON, PRESIDING JUDGE.—This case was tried in the County Court on an indictment.  There is no order of transfer from the District to the County Court.  This is necessary.  There is no authority in our law for presenting and filing an indictment in the County Court. It must be presented in the District Court, and in order to secure jurisdiction in the County Court there must be a proper order of transfer entered as required by the statute.

The judgment will be reversed and the cause remanded.

*Reversed and remanded.*